USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MERCEDES C. FERREIRA,  :  10 Civ. 824 (SHS)

                Plaintiff,  :

      -against-  :  ORDER

MICHAEL J. ASTRUE, Commissioner of  :
Social Security,
                              :
                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       On February 3, 2010, plaintiff filed a complaint in this action. On May 3, 2010, defendant filed an answer to the complaint. Accordingly,

       IT IS HEREBY ORDERED that:

       1.     Any party who wishes to file a motion for judgment on the pleadings shall do so on or before June 4, 2010;

       2.     Any opposition is due on or before June 25, 2010; and

       3.     Any reply is due on or before July 9, 2010.

Dated: New York, New York
       May 4, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.